ORDER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 2 1 2011

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| EDUARDO ZAPATA-ORTIZ, | § | |
| *Movant*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-10-280 |
| | § | (Criminal No. B-09-650) |
| UNITED STATES OF AMERICA | § | |
| *Respondent*. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. It is, therefore, ORDERED, ADJUDGED, and DECREED that Movant Eduardo Zapata-Ortiz's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. No. 1) is hereby DENIED.

DONE at Brownsville, Texas this ___21___ day of ___June___ 2011.

Hilda G. Tagle
United States District Judge